# EXHIBIT A

Google Presentation to Mattel
Insights on Families Online (partial)



GOOG-YTCID-00036890

YouTube is today's leader in reaching children age 6-11 against top TV channels

| 63% | 63% | 57% | 49% |
|---|---|---|---|
|  | nick | Disney Channel | CN Cartoon Network |
| YouTube.com | TV Properties | TV Properties | TV Properties |

Source: Nielsen MRI 2015 Kids Study
YouTube Reach in the last 30 days, Desktop Only
Mobile not available



GOOG-YTCID-00036914

# EXHIBIT B

Google Presentation to Hasbro,
Stat Pack: Additional insight into mobile usage among parents + children (partial)

Google

# Stat Pack: Additional insight into mobile usage among parents + children

GOOG-YTCID-00031602

# #1

YouTube is unanimously voted as the favorite website of kids 2 - 12





| Age 2 | Age 3 | Age 4 | Age 5 | Age 6 | Age 7 | Age 8 | Age 9 | Age 10 |

Google

Source: The Marketing Store/KidSay, "Global Kids Study", 2014

Proprietary + Confidential

GOOG-YTCID-00031604



GOOG-YTCID-00031605

# EXHIBIT C

Google Presentation to Hasbro,
2016 Kids + Family Digital Trends (partial)



2016 Kids + Family Digital Trends

GOOG-YTCID-00024731

## In fact, it's the #1 website regularly visited by kids

INDEXED TO YOUTUBE REACH

| Site | Index | Site | Index |
|---|---|---|---|
| YouTube | 100 | Cartoon Network | 30 |
| Google | 59 | facebook | 28 |
| Disney.com | 37 | PBS Kids.com | 28 |
| Disney Channel.com | 35 | Minecraft.net | 26 |
| amazon | 30 | Disney XD.com | 24 |

Google   Source: LMX 2016

GOOG-YTCID-00024741



GOOG-YTCID-00024746

## YouTube: The new "Saturday Morning Cartoons"
41% of parents watch family content on YouTube together with their children



GOOG-YTCID-00024756