**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>and<br><br>PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES,<br>Attorney General of the State of New York,<br><br>Plaintiffs,<br><br>vs.<br><br>GOOGLE LLC,<br>a Delaware limited liability company,<br><br>and<br><br>YOUTUBE, LLC,<br>a Delaware limited liability company,<br><br>Defendants. | Case No.: 1:19-cv-02642<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO ENTER STIPULATED ORDER FOR PERMANENT INJUNCTION AND CIVIL PENALTY JUDGMENT** |

Plaintiffs, the Federal Trade Commission ("FTC" or "Commission"), by and through its undersigned counsel, and The People of the State of New York ("State of New York"), by their attorney Letitia James, Attorney General of the State of New York (collectively, "Plaintiffs"), respectfully move for entry of the attached proposed Stipulated Order for Permanent Injunction and Civil Penalty Judgment ("Stipulated Order") that accompanies this motion. All parties have agreed to the terms of the Stipulated Order, as evidenced by their signatures thereon, to resolve this action. The Commission and the State of New York believe that entry of this Order would most efficiently further the ends of justice in this case. Pursuant to Local Civil Rule 7(m), undersigned counsel conferred with counsel for Google LLC and YouTube, LLC, who indicated that the motion was unopposed prior to filing.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Stipulated Order for Permanent Injunction and Civil Penalty Judgment.

Dated: September 4, 2019

Respectfully Submitted,

| | |
|---|---|
| LETITIA JAMES<br>Attorney General of the State of New York | ALDEN F. ABBOTT<br>General Counsel |
| ___*Clark P. Russell*___<br>CLARK P. RUSSELL<br>New York Bar No. 2848323<br>Deputy Bureau Chief<br>JORDAN S. ADLER<br>New York Bar No. 4605556<br>Assistant Attorney General<br>Bureau of Internet and Technology<br>Office of the New York State Attorney General<br>28 Liberty St.<br>New York, New York 10005<br>(212) 416-8433 (voice)<br>(212) 416-8369 (fax)<br>Email: clark.russell@ag.ny.gov<br>Email: jordan.adler@ag.ny.gov<br><br>*Attorneys for Plaintiff State of New York* | ____/s/ *Kristin Krause Cohen*_____<br>KRISTIN KRAUSE COHEN<br>D.C. Bar No. 485946<br>PEDER MAGEE<br>D.C. Bar No. 444750<br>TIFFANY GEORGE<br>New York Bar No. 4023248<br>Federal Trade Commission<br>600 Pennsylvania Ave., NW<br>Mailstop CC-8232<br>Washington, DC 20580<br>(202) 326-2276 (voice)<br>(202) 326-3062 (fax)<br>Email: kcohen@ftc.gov<br>Email: pmagee@ftc.gov<br>Email: tgeorge@ftc.gov<br><br>*Attorneys for Plaintiff Federal Trade Commission* |

## LOCAL RULE 7(k) CERTIFICATION
### Names of Persons to Be Served with Proposed Order

Pursuant to Local Rule 7(k), the following attorneys are entitled to be notified of the entry of the foregoing Stipulated Order:

CHRISTOPHER N. OLSEN
LIBBY J. WEINGARTEN
Wilson Sonsini Goodrich & Rosati
1700 K Street, NW
5th Floor
Washington, DC 20006
(202) 973-8800
(202) 973-8899 (fax)
Email: colsen@wsgr.com
Email: lweingarten@wsgr.com